MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373

NOEL M. HERNANDEZ
Nevada Bar No. 13893
noel.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Hobby Lobby Stores, Inc.*
*& Petefish Gene Petefish*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAIYAUNA RAYSHAWN YOAKUM, an individual; and JOHNTOVIA PRESTON, an individual: collectively,<br><br>Plaintiffs,<br>vs.<br><br>HOBBY LOBBY STORES, INC., a foreign corporation; PETEFISH GENE PETEFISH, an individual; and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No.:   2:23-cv-01740-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(***First Request***) |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants Hobby Lobby Stores, Inc. and Petefish Gene Petefish (collectively "Defendants") and Plaintiffs Jaiyauna Rayshawn Yoakum and Johntovia Preston (collectively "Plaintiffs") hereby request a one-week extension of time, up to and including, November 9, 2023, for Defendants to file their response to Plaintiffs' Complaint (ECF. No. 1-2.) The present deadline for Defendants to file their response is November 2, 2023. This is the parties' first request for an extension of time for Defendants to file their response.

1  Defendants respectfully request this extension in order to have the time to fully research the facts and circumstances underlying this case and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a one-week extension of time up to and including November 9, 2023, for Defendants to file their response to Plaintiffs' Complaint.

Additionally, to the extent necessary in the instant matter (if not already fully dismissed without prejudice under LR 81-1), the parties further stipulate to withdraw, respectively, Defendant Petefish Gene Petefish's pending *pro se* Opposition to Motion for Summary Judgment (filed in Eighth Judicial District Court Case No. A-23-877380-C on October 9 and 10, 2023) and Plaintiffs' Motion to Strike in response thereto, as filed on October 23, 2023.

**IT IS SO STIPULATED.**

DATED this 1st day of November 2023.     DATED this 1st day of November 2023.

GALLIAN WELKER & ASSOCIATES, L.C.     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Nathan E. Lawrence*     */s/ Noel M. Hernandez*

Michael I. Welker     Molly M. Rezac
Nevada Bar No. 7950     Nevada Bar No. 7435
Travis N. Barrick     200 S. Virginia Street, 8th Floor
Nevada Bar No. 9257     Reno, NV 89501
Nathan E. Lawrence
Nevada Bar No. 15060     Noel M. Hernandez
730 Las Vegas Blvd. S., Ste. 104     Nevada Bar No. 13893
Las Vegas, Nevada 89101     10801 W. Charleston Blvd., Suite 500
*Attorneys for Plaintiffs*     Las Vegas, NV 89135
     *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2023