# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAIYAUNA RAYSHAWN YOAKUM and JOHNTOVIA PRESTON,<br><br>Plaintiffs<br><br>v.<br><br>HOBBY LOBBY STORES, INC. and PETEFISH GENE PETEFISH,<br><br>Defendant | Case No.: 2:23-cv-01740-APG-DJA<br><br>**Order Striking Certificates of Interested Parties** |

I ORDER that defendant Hobby Lobby Stores, Inc.'s certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Hobby Lobby Stores, Inc. as required by the amendment to that rule.

I FURTHER ORDER that defendant Petefish Gene Petefish's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Petefish Gene Petefish as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by November 22, 2023.

DATED this 6th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE