# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAIYAUNA RAYSHAWN YOAKUM and JOHNTOVIA PRESTON,<br><br>   Plaintiffs<br><br>v.<br><br>HOBBY LOBBY STORES, INC. and PETEFISH GENE PETEFISH,<br><br>   Defendant | Case No.: 2:23-cv-01740-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the defendants' response to the order to show cause (ECF No. 17),

I ORDER that the order to show cause (ECF No. 4) is satisfied and I will not remand this action to state court for lack of subject matter jurisdiction.

DATED this 20th day of November, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE