# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaiyauna Rayshawn Yoakum, *et al.*,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Hobby Lobby Stores, Inc., *et al.*,<br><br>    Defendant(s). | 2:23-cv-01740-APG-DJA<br><br>**Order** |

Pending before the Court is the *Motion for Exception* (ECF No. 25). For good cause shown and because the motion is unopposed, the Court grants the motion. Defendant's counsel is responsible for joining defendant's designee, Hunter Westfahl, to the ENE by telephone.

Accordingly,

**IT IS ORDERED that:**

1. The *Motion for Exception* (ECF No. 25) is GRANTED.

2. Defendant's counsel is responsible for joining defendant's designee, Hunter Westfahl, to the ENE by telephone.

DATED this 13th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge