MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373

KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
NOEL M. HERNANDEZ
Nevada Bar No. 13893
noel.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Hobby Lobby Stores, Inc.
& Petefish Gene Petefish*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAIYAUNA RAYSHAWN YOAKUM, an individual; and JOHNTOVIA PRESTON, an individual: collectively,<br><br>Plaintiffs,<br><br>vs.<br><br>HOBBY LOBBY STORES, INC., a foreign corporation; PETEFISH GENE PETEFISH, an individual; and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No.:   2:23-cv-01740-APG-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Defendants Hobby Lobby Stores, Inc. and Petefish Gene Petefish (collectively, "Defendants"), and Plaintiffs Jaiyauna Rayshawn Yoakum and Johntovia Preston (collectively "Plaintiffs"), (collectively "the Parties"), by and through their undersigned counsel, stipulate to, and agree upon, an extension of the deadline to submit a Joint Pretrial Order to **March 25, 2026**.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

This is the Parties' first request to extend the deadline to submit a Joint Pretrial Order and is not made for purposes of undue delay as discussed in further detail below.

1.    On January 23, 2026, this Court entered its Order Partially Granting Defendants' Motions for Partial Summary Judgment. (ECF No. 51.)  The Parties are currently due to submit the Joint Pretrial Order on February23, 2026, thirty (30) days from the Court's Order regarding the dispositive motions. (ECF No. 51.)

2.    Following this Court's Order Partially Granting Defendants' Motions for Partial Summary Judgment, the Parties have resumed settlement discussions and require additional time to complete the Joint Pretrial Order.

3.    The Parties have conferred in good faith and jointly request an extension of time.

4.    This is the first request for an extension of time to file the Joint Pretrial Order.

5.    No party will be prejudiced by the requested extension.

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

6.    The Parties hereby stipulate and agree they shall have up to and including **March 25, 2026**, to submit a Joint Pretrial Order.

This stipulation is not brought for purposes of delay or any other improper purpose.

DATED this 3rd day of February, 2026.

LAWRENCE & LAWRENCE LAW, PLLC

/s/ *Nathan E. Lawrence*

Nathan E. Lawrence
Nevada Bar No. 15060
Joseph P. Lawrence
Nevada Bar No. 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, NV 89123

*Attorneys for Plaintiffs*

DATED this 3rd day of February, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Noel M. Hernandez*

Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia, 8th Floor
Reno, NV 89501

Kathryn C. Newman
Nevada Bar No. 13733
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Hobby Lobby Stores, Inc. & Petefish Gene Petefish*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2/4/2026
_____
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373