MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373

KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
NOEL M. HERNANDEZ
Nevada Bar No. 13893
noel.hernandez@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Hobby Lobby Stores, Inc.
& Petefish Gene Petefish*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAIYAUNA RAYSHAWN YOAKUM, an individual; and JOHNTOVIA PRESTON, an individual: collectively,<br><br>Plaintiffs,<br><br>vs.<br><br>HOBBY LOBBY STORES, INC., a foreign corporation; PETEFISH GENE PETEFISH, an individual; and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No.:  2:23-cv-01740-APG-DJA<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS**<br><br>**[SECOND REQUEST]** |

Pursuant to Local Rule ("Local Rule") LR IA 6-2 and LR 7-1, Defendants Hobby Lobby Stores and Petefish Gene Petefish ("Defendants") and Plaintiffs Jaiyauna Rayshawn Yoakum and Johntovia Preston ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agree to stay the current proceedings until Defendant Petefish Gene Petefish finds

- 1 -

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

new legal representation.

This is the second request and stipulation to stay proceedings. The first request was due to the pending adjudication of Plaintiffs' Motion for Reconsideration of the Court's Order on Defendants' Motion for Partial Summary Judgment ["Motion for Reconsideration," ECF No. 54]. This stipulation to stay is made in good faith and not for the purpose of delay and reflects a sound exercise of the Court's discretion under the law to control its own docket in the interests and promotion of judicial economy.

## I.    RELEVANT FACTUAL BACKGROUND

Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") currently serves as counsel of record for both Defendant Hobby Lobby Stores, Inc. and Defendant Petefish Gene Petefish in this action. The parties have not been able to reach a resolution of this matter, and the case is expected to proceed to litigation. Ogletree now alleges that the interests of Defendant Petefish and Defendant Hobby Lobby may become directly adverse to one another, creating an unwaivable concurrent conflict of interest under Nevada Rules of Professional Conduct 1.7(a) and 1.16(b). As a result of this conflict, Ogletree is filing a concurrent Motion to Withdraw as Counsel of Record for Defendant Petefish. Defendant Petefish understands and consents to the withdrawal.

Defendant Petefish requires time to retain new legal counsel and for such counsel to become familiar with this matter. Discovery in this matter is closed and there are no pending hearings or a set trial date. On July 9, 2026, Defendants' counsel informed Plaintiffs' counsel of the withdrawal and requested that the parties stipulate to stay this matter for ninety (90) days to allow Defendant Petefish to retain new counsel.  Without waiving any necessary response or opposition to Ogletree's Motion to Withdraw as Counsel of Record, Plaintiffs and Plaintiffs' counsel do not object to the requested stay. No party will be prejudiced by a stay of proceedings given that discovery is closed and no hearings or trial dates are currently pending.

## II.    LEGAL STANDARD

It is properly within a court's discretion to grant a stay of proceedings in its own court. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098 (9th Cir. 2005). In analyzing a request for a stay predicated on the existence of other similar proceedings, the Ninth Circuit instructs the district court

to weigh "the competing interests which will be affected by the granting or refusal to grant a stay," *Id.* at 1110, which competing interest are comprised of (1) the possible damage that may result from the granting of a stay, (2) the hardship that the party seeking the stay may suffer if the stay is not granted, and (3) the orderly course of justice measured by considering whether issues will be simplified or complicated, proof, and questions of law which could be expected to result from a stay.

## III.    ARGUMENT

Discovery in this matter is closed and there are no pending hearings or a trial set. As such, no party will suffer meaningful damage from a ninety (90) day stay. The stay merely preserves the status quo without delaying any imminent proceedings.

Without a stay, Defendant Petefish would need to simultaneously locate and retain new counsel, ensure that counsel becomes familiar with his case, and respond to any motions or proceedings, all without the benefit of existing representation. Most immediately, Defendant Petefish will be unable to participate in the preparation of the Joint Pretrial Order currently due on July 15, 2026, as it is unlikely he will have new counsel by that date. A stay will simplify rather than complicate these proceedings. Allowing Defendant Petefish adequate time to retain new counsel ensures that all parties will be fully represented when litigation resumes.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of record, as follows:

1.    All proceedings in this action shall be stayed for a period of ninety (90) days from the date of the Court's Order granting this Stipulation, to allow Defendant Petefish Gene Petefish time to retain new legal counsel.

2.    During the stay, all deadlines and obligations in this action shall be tolled.

3.    The Parties Joint Pretrial Order will be due thirty (30) days after termination of the stay.

///

///

///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

86794015.v1-OGLETREE

LAWRENCE & LAWRENCE LAW, PLLC

/s/ Nathan E. Lawrence
Nathan E. Lawrence
Nevada Bar No. 15060
Joseph P. Lawrence
Nevada Bar No. 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, NV 89123

*Attorneys for Plaintiffs*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Noel M. Hernandez
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia, 8th Floor
Reno, NV 89501

Kathryn C. Newman
Nevada Bar No. 13733
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Hobby Lobby Stores, Inc. & Petefish Gene Petefish*

IT IS SO ORDERED.

**ORDER**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 13, 2026

- 4 -