# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Jaiyauna Rayshawn Yoakum; et al.,

Plaintiffs,

v.

Hobby Lobby Stores, Inc.; et al.,

Defendants.

Case No. 2:23-cv-01740-APG-DJA

**Order**

Defendant Petefish Gene Petefish's counsel—Molly M. Rezac, Kathryn C. Newman, and Noel M. Hernandez of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C.—have moved to withdraw their representation of Petefish, explaining that Petefish consents to the withdrawal and that counsel cannot continue to represent both Petefish and Defendant Hobby Lobby Stores, Inc. due to an unwaivable conflict of interest. (ECF No. 61). Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b). And counsel has represented that Petefish does not oppose the motion. The parties have further agreed to a stay of the case so that Petefish may retain counsel. (ECF No. 62). So, the Court grants the motion.

///

///

///

**IT IS THEREFORE ORDERED** that Molly M. Rezac, Kathryn C. Newman, and Noel M. Hernandez's motion to withdraw (ECF No. 61) is **granted**.  The Clerk of Court is kindly directed to remove Molly M. Rezac, Kathryn C. Newman, and Noel M. Hernandez as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Petefish to the civil docket and send a copy of this Order to Petefish's last known address:

Petefish Petefish

161 River Ridge Road

Madison Heights, Virginia 24572

Petefish30@yahoo.com

DATED: July 14, 2026,

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE