LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com

LAW OFFICES OF TRAVIS N. BARRICK, PC
Travis N. Barrick, NBN 9257
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiffs*

LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.®

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAIYAUNA RAYSHAWN YOAKUM, an individual; and JOHNTOVIA PRESTON, an individual; collectively,<br><br>Plaintiffs,<br><br>v.<br><br>HOBBY LOBBY STORES, INC., a foreign corporation; PETEFISH GENE PETEFISH, an individual; and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No.: 2:23-cv-01740-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PETEFISH GENE PETEFISH WITH PREJUDICE** |

Plaintiffs JAIYAUNA RAYSHAWN YOAKUM and JOHNTOVIA PRESTON, by and through their undersigned counsel, and *pro se* Defendant PETEFISH GENE PETEFISH, hereby submit this Stipulation and Order to Dismiss Defendant Petefish Gene Petefish with Prejudice.

LAW L2 LAWRENCE LAWRENCE
LAW TO THE HIGHER POWER

LAWRENCE & LAWRENCE
All brothers fight, but we fight for you.®

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties, that Defendant Petefish Gene Petefish (and all claims asserted against him in the above-entitled action) be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 28th day of September 2026.

**LAWRENCE & LAWRENCE LAW, PLLC**

Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com

LAW OFFICES OF TRAVIS N. BARRICK, PC
Travis N. Barrick, NBN 9257
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiffs*

DATED this 28th day of September 2026.

**PETEFISH GENE PETEFISH**

Petefish Gene Petefish

161 River Ridge Road
Madison Heights, Virginia 24572
petefish30@yahoo.com

**IT IS SO ORDERED.**

DATED: October 1, 2026

UNITED STATES DISTRICT JUDGE

LAW L² LAWRENCE
LAW TO THE HIGHER POWER